IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

_____

SIERRA CLUB,

        Plaintiff,                    ORDER

   v.                                    07-C-154-S

STEPHEN L. JOHNSON,

        Defendant.
_____

    Presently pending before the Court in the above entitled matter is joint motion to enter consent decree. The Court determines that this resolves all claims in plaintiff's complaint, is fair, reasonable, in the public interest and will serve the interests of justice and judicial economy.

    Accordingly,

ORDER

    IT IS ORDERED that said motion is GRANTED.

    Entered this 22nd day of October, 2007.

                                BY THE COURT:

                                /s/

                            _____
                            JOHN C. SHABAZ
                            District Judge